JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| MYRA HENRY;<br><br>    Plaintiff,<br><br>VS.<br><br>AETNA LIFE INSURANCE COMPANY; AND GOODYEAR TIRE AND RUBBER LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO: EDCV07-1618 SGL (OPx)<br><br>[*Hon. Stephen G. Larson*]<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed: December 6, 2007 |

    Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

DATED: January 16, 2009

_____
HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

1